UNITED STATES COURT OF INTERNATIONAL TRADE                         FORM 7A

| | |
|---|---|
| Paxton Hardwoods, LLC,<br><br>                          Plaintiff,<br>    v.<br><br>United States,<br>                         Defendant. | Court No.<br>25-00123<br>25-00125 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: _____July 18, 2025_____

                                          /s/Jeffrey S. Grimson
                                            Attorney for Plaintiff

                                 5335 Wisconsin Ave, NW, Suite 810
                                                 Street Address

                                            Washington, DC 20015
                                             City, State and Zip Code

                                                  202-688-3610
                                                    Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____July 21, 2025_____     Clerk, U. S. Court of International Trade


                                        By: _____/s/ Giselle Almonte_____
                                                    Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 25-00123<br>25-00125 | Paxton Hardwoods, LLC |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __July 21, 2025__

Clerk, U. S. Court of International Trade

By: ___/s/ Giselle Almonte___
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)